FILED

04/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0348

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 21-0348

ROBERT STINCHFIELD,

                    Plaintiff/Appellant,

-vs-

CITY OF SIDNEY,

      Defendant/Appellee/Cross-Appellant.

**ORDER GRANTING
APPELLEE'S UNOPPOSED
MOTION FOR EXTENSION
TO FILE ANSWER BRIEF**

Pursuant to the City of Billings' Motion and Montana Rule of Appellate Procedure 26, for good cause appearing and noting that Appellant does not object, Appellee is granted a seventeen-day extension to file its Answer Brief. Appellee's Answer Brief shall be due May 2, 2022.

**DATED** this _____ day of April, 2022.

By:_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 7 2022